### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| KRISTINA FINK, on behalf of the Nation Safe Drivers Employee Stock Ownership Plan, and on behalf of a class of all other persons similarly situated, | ) ) ) ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | C.A. No. 19-1193 (CFC) |
| WILMINGTON TRUST, N.A., as successor to Wilmington Trust Retirement and Institutional Trust Services Company, MICHAEL SMITH, ANDREW SMITH, and FRANK MENNELLA, | ) ) ) ) ) ) ) ) ) | |
| Defendants. | ) | |

### DEFENDANTS' MICHAEL SMITH, ANDREW SMITH AND FRANK MENNELLA MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION, OR IN THE ALTERNATIVE, MOTION TO TRANSFER VENUE

Defendants Michael Smith, Andrew Smith, and Frank Mennella (the "Individual Defendants") move under Fed. R. Civ. P. 12(b)(2) to dismiss for lack of personal jurisdiction. In the alternative, Individual Defendants move

under 28 U.S.C. § 1404 to transfer venue to the U.S. District Court for the Southern District of Florida.

The grounds for this motion are set forth in Individual Defendants' Opening Brief and accompanying exhibits, filed concurrently.

| | |
|---|---|
| September 9, 2019 | MCDERMOTT WILL & EMERY LLP |
| | /s/ *Ethan H. Townsend* |
| OF COUNSEL | Ashley R. Altschuler (#3803) |
| Theodore M. Becker | Ethan H. Townsend (#5813) |
| MCDERMOTT WILL & EMERY LLP | The Nemours Building |
| 444 W. Lake Street | 1007 North Orange Street, 4th Floor |
| Chicago, IL 60606 | Wilmington, DE 19801 |
| Phone: (312) 984-6934 | Phone: (302) 485-3910 |
| *tbecker@mwe.com* | *aaltschuler@mwe.com* |
| | *ehtownsend@mwe.com* |
| Allison S. Crowe | *Attorneys for Defendants Michael Smith, Andrew Smith and Frank Mennella* |
| MCDERMOTT WILL & EMERY LLP | |
| 340 Madison Avenue | |
| New York, NY 10173 | |
| Phone: (212) 547-5547 | |
| *acrowe@mwe.com* | |

## RULE 7.1.1 CERTIFICATION

Pursuant to D. Del. LR 7.1.1, counsel for the parties met and conferred on the subject of this motion on September 6, 2019.  Plaintiff indicated that she will oppose the Motion.

Dated: September 6, 2019                           /s/ *Ethan H. Townsend*
                                                                   Ethan H. Townsend (#5813)